RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 3/11/10
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ARNOLD B. CURTIS<br>PRISONER NO. 1409083 | CIVIL ACTION NO. 09-1442 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SHERIFF TONEY, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**MONROE, LOUISIANA**, this 11 day of March, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE