UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ARNOLD B. CURTIS** | **CIVIL ACTION NO. 09-1442** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SHERIFF TONEY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge, previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Arnold B. Curtis's civil rights action be DISMISSED WITH PREJUDICE for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**MONROE, LOUISIANA,** this 26th day of May, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE